

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NOS. AP-76,016 & AP-76,017

### EX PARTE ADAM ROBERTS LEWIS, Applicant

### ON APPLICATIONS FOR WRIT OF HABEAS CORPUS
### CAUSE NOS. B-10,598-B & B-10,599-B IN THE 173RD
### DISTRICT COURT FROM HENDERSON COUNTY

*Per curiam.*

## O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of aggravated assault on a peace officer and deadly conduct and sentenced to twenty years and five years imprisonment. The Twelfth Court of Appeals affirmed his convictions. *Lewis v. State,* Nos.12-05-345-CR & 12-05-346-CR (Tex. App. - Tyler, delivered September 29, 2006, pet. Ref'd )

Applicant contends that his trial counsel rendered ineffective assistance because put on no evidence at the guilt phase to show that Applicant either was insane or believed that he was

defending his home from burglars. The trial court conducted a hearing and concluded that trial counsel was ineffective in failing to present any evidence at the guilt phase of Applicant's trial and that such ineffective representation prejudiced Applicant.

We find, therefore, that Applicant is entitled to a new trial. The judgments of conviction in Case Nos. B-10,598 & B-10,599 from the 173rd Judicial District Court of Henderson County are set aside, and Applicant is remanded to the custody of the Sheriff of Henderson County to answer the charges against him.

Delivered: October 8, 2008
Do Not Publish